IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RED CLIFF BAND OF LAKE SUPERIOR )
CHIPPEWA INDIANS, )
)
Plaintiff, )
)
v. ) Case No. 1:06-cv-00923L
) Senior Judge John P. Wiese
THE UNITED STATES OF AMERICA, )
)
Defendant. )
)

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion for temporary stay of litigation. Upon consideration of the motion and for good cause shown, it is hereby ordered that

1. The parties' joint motion should be and hereby is GRANTED;

2. Effective immediately, the litigation of this case is temporarily stayed until June 29, 2007;

3. On or before June 29, 2007, the parties shall file a joint status report, informing the Court of the outcome of their joint discussion and making a proposal to the Court about whether and how to proceed with the case; and

4. In the event that the parties seek to reinstate and proceed with the litigation of this case, the parties shall set forth, in their joint status report and proposal, their recommendations regarding the deadlines for such items as the filing by Defendant of its Answer or response to the Complaint and the filing of the parties' Joint Preliminary Status Report ("JPSR") pursuant to Appendix A, ¶ 4 of the Rules of the Court of Federal Claims ("RCFC").

SO ORDERED.

Date: ____________________________ ____________________________________________
HON. JOHN P. WIESE
United States Court of Federal Claims