# In the United States Court of Federal Claims

No. 06-923L
Filed: March 5, 2007

RED CLIFF BAND OF LAKE SUPERIOR CHIPPEWA INDIANS, )
)
Plaintiff, )
)
v. )
)
THE UNITED STATES, )
)
Defendant. )

---

ORDER

GRANTING MOTION TO STAY PROCEEDINGS

and

ESTABLISHING FILING DEADLINE

---

The parties' February 20, 2007, motion to stay proceedings in this action to and including June 29, 2007, is GRANTED.

On or before June 29, 2007, the parties shall file a joint status report advising the court as to their intentions with respect to further proceedings in this action.

s/John P. Wiese
John P. Wiese
Judge