# In the United States Court of Federal Claims

No. 06-923L
Filed: July 10, 2007

RED CLIFF BAND OF LAKE SUPERIOR CHIPPEWA INDIANS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

ORDER

GRANTING MOTION TO CONTINUE SUSPENSION

and

ESTABLISHING FILING DEADLINE

---

As discussed during the telephone conference held this date, the parties' June 29, 2007, motion to continue the stay of proceedings in this action to and including December 26, 2007, is GRANTED.

On or before December 26, 2007, the parties shall file a joint status report advising the court as to their intentions with respect to further proceedings in this action.

s/John P. Wiese
John P. Wiese
Judge