IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RED CLIFF BAND OF LAKE SUPERIOR CHIPPEWA INDIANS, Plaintiff, | ) | |
| v. | ) | Case No. 1:06-cv-00923L<br>Senior Judge John P. Wiese |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**DEFENDANT'S NOTICE OF FILING**

This Court conducted an informal status conference with counsel for the parties in this case on July 10, 2007, in which, among other things, it discussed with counsel the application of 28 U.S.C. § 1500 to this case and Plaintiff's companion case in the United States District Court for the District of Columbia, Red Cliff Band of Lake Superior Chippewa Indians v. Kempthorne, No. 1:06cv02164-JR (D.D.C.). The Court asked that counsel for the parties notify it in the event that decisions are rendered on the Government's motions to dismiss on § 1500 grounds in cases pending before other judges of this Court, specifically, Ak-Chin Indian Community v. United States, No. 06cv00932 (Hewitt, J.); Passamaquoddy Tribe of Maine v. United States, No. 06cv00942 (Bush, J.); Salt River Pima-Maricopa Indian Community v. United States, No. 06cv00943 (Baskir, J.); and Tohono O'odham Nation v. United States, No. 06cv00944 (Bruggink, J.).

Defendant hereby provides notice that Judge Bruggink issued a memorandum decision granting the Government's motion to dismiss on § 1500 grounds in Tohono O'odham Nation, supra, on December 19, 2007. See Opinion, Docket ("Dkt.") 26 (courtesy copy attached hereto as Exhibit 1).

Respectfully submitted this 9th day of January, 2008,

RONALD J. TENPAS
Assistant Attorney General

*s/ Jason M. Bruno*
JASON M. BRUNO, DC Bar # 472290
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0434
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

SHANI WALKER
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227