# In the United States Court of Federal Claims

No. 06-923L
Filed: July 9, 2008

| | |
|---|---|
| RED CLIFF BAND OF LAKE SUPERIOR CHIPPEWA INDIANS, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

GRANTING MOTION TO CONTINUE SUSPENSION

and

ESTABLISHING FILING DEADLINE

---

The parties' July 3, 2008, motion to continue the stay of proceedings in this action to and including January 15, 2009, is GRANTED.

On or before January 15, 2009, the parties shall file a joint status report advising the court as to their intentions with respect to further proceedings in this action.

s/John P. Wiese
John P. Wiese
Judge